Michael A. McGill, SBN 231613
mcgill@policeattorney.com
Russell M. Perry, SBN 246252
russell@policeattorney.com
**LACKIE, DAMMEIER & MCGILL APC**
367 North Second Avenue
Upland, CA  91786
Telephone: (909) 985-4003
Facsimile:  (909) 985-3299

Attorneys for Plaintiff,
CHRISTOPHER CRAIG,
ABRAHAM AGUAYO and JAIME ANDRADE

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## CENTRAL DISTRICT

| | |
|---|---|
| CHRISTOPHER CRAIG, ABRAHAM AGUAYO, and JAIME ANDRADE,<br><br>                          Plaintiff,<br>vs.<br><br>CITY OF KING CITY, a municipal corporation; NICK BALDIVIEZ, individually and as Chief of Police for the King City Police Department; MICHAEL POWERS, individually and as City Manager for the King City; MARK BAKER, individually and as Sergeant for the King City Police Department; JERRY HUNTER, individually and as "acting" Sergeant for the King City Police Department; MYRNA GLICK, individually and as an agent for King City; THE STEWART, LLC, dba Aaron's Sales and Lease; and DOES 1 THROUGH 10 INCLUSIVE,<br>                          Defendants. | Case No:<br>CV 11-04399 GHK(AGRx)<br><br>JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS/ NOTICE OF SETTLEMENT |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Aguayo and Andrade by and through their counsel of record, Russell M. Perry at Lackie Dammeier and McGill, APC, and the Defendant, The Sewart Co., LLC dba Aaron's Sales & Lease Ownership by and through their attorney of record, Keith G. Wileman at Veatch Carlson, LLP hereby stipulate to the following:

1. On June 24, 2011, the Defendant, The Sewart Co. LLC., filed a Motion to Dismiss and the hearing is scheduled for July 25, 2011.

2. On July 13, 2011, Plaintiffs Aguayo and Andrade reached a tentative settlement with the Defendant, The Sewart Co., LLC.

3. Plaintiffs Aguayo and Andrade and the Defendant The Sewart Co., LLC., have agreed to submit this stipulation and concurrently filed proposed order, respectfully requesting that the Court continue the hearing on the Motion to Dismiss to August 15, 2011.

4. Plaintiffs Aguayo and Andrade and the Defendant, The Sewart Co., LLC., agree that good cause exists to continue the hearing date to August 15, 2011. The continuance will give the parties time to finalize the written settlement agreement and enter a dismissal of the Defendant, The Sewart Co., LLC.

1

By reason of the foregoing, the parties stipulate and ask the Court to continue the hearing on Defendant's Motion to Dismiss.

IT IS SO STIPULATED.

Dated: July 14, 2011                    LACKIE, DAMMEIER & MCGILL APC

_____
Russell M. Perry, Esq.
Attorney for Plaintiffs, Christopher Craig,
Abraham Aguayo and Jaime Andrade

Dated: July 14, 2011                    VEATCH CARLSON, LLP

_____/s/_____
Keith G. Wileman, Esq.
Attorney for Defendant, The Sewart Co.,
LLC dba Aaron's Sales & Lease Ownership

1

JOINT STIPULATION /NOTICE OF SETTLEMENT