LACKIE, DAMMEIER & McGILL
A PROFESSIONAL CORPORATION

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT OF CALIFORNIA

9

## NORTHERN DISTRICT

10

11 | CHRISTOPHER CRAIG, ABRAHAM AGUAYO, and JAIME ANDRADE,

**Case No.:  C11-04219  EDL**

12

Plaintiff,

Honorable Elizabeth D. Laporte
U.S. Magistrate Judge

13

14 | vs.

15 | CITY OF KING CITY, a municipal corporation; NICK BALDIVIEZ, individually and as Chief of Police for the King City Police Department; MICHAEL POWERS, individually and as City Manager for the King City; MARK BAKER, individually and as Sergeant for the King City Police Department; JERRY HUNTER, individually and as "acting" Sergeant for the King City Police Department; MYRNA GLICK, individually and as an agent for King City; THE STEWART, LLC, dba Aaron's Sales and Lease; and DOES 1 THROUGH 10 INCLUSIVE,

~~[PROPOSED]~~ **ORDER RE: JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

16
17
18
19
20
21
22
23
24
25
26 | Defendants.
27
28

---

1

1 ~~[PROPOSED]~~ ORDER

2     GOOD CAUSE appearing the date for Case Management Conference is

3 continued to January 10, 2012 at 10:00 or in alternative;

4     Date:_____ Time:_____

5

6     IT IS SO ORDERED.

7

8

9 Dated:_____November 16, 2011_____     By:_*Elijah D. Laporte*_

10                                         Honorable Elizabeth D. Laporte
                                          U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LACKIE, DAMMEIER & McGILL
A PROFESSIONAL CORPORATION

---

2