IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER CRAIG,

    Plaintiff,

v.

CITY OF KING CITY,

    Defendants.

No. 11-04219 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On December 22, 2011, Plaintiff's counsel filed a request to appear telephonically at the initial case management conference set for January 10, 2012 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court.

Dated: December 29, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge