IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CRAIG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF KING CITY,<br><br>　　　　Defendant.<br>_____/ | No. C -11-04219 EDL<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |

This matter is referred for a settlement conference before another Magistrate Judge of this court to take place within sixty days of the date of this Order, or as soon thereafter as is convenient to the judge's calendar. Counsel will be contacted by that judge's chambers with a date and time for the conference.

IT IS SO ORDERED.

Dated: August 22, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　_Elizabeth D. Laporte_
　　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge