**LEWIS BRISBOIS BISGAARD & SMITH LLP**
VICTOR W. SANTOCHI, SB# 80629
 E-Mail: santochi@lbbslaw.com
JUDITH M. TISHKOFF, SB# 138375
 E-Mail: tishkoff@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, MYRNA GLICK, Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER CRAIG, ABRAHAM AGUAYO, and JAIME ANDRADE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF KING CITY, a municipal corporation; NICK BALDIVIEZ, individually and as Chief of Police for the King City Police Department; MICHAEL POWERS, individually and as City Manager for the King City; MARK BAKER, individually and as Sergeant for the King City Police Department; JERRY HUNTER, individually and as "acting" Sergeant for the King City Police Department; MYRNA GLICK, individually and as an agent for King City; THE STEWART, LLC, dba Aaron's Sales and Lease; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO. CV11-04219 EDL<br><br>**STIPULATION TO PERMIT MYRNA GLICK, Ph.D. TO BE EXCUSED FROM THE NOVEMBER 27, 2012 SETTLEMENT CONFERENCE**<br><br>The Hon. Elizabeth D. Laporte<br><br>Trial Date: January 22, 2013<br><br>**Settlement Conference:**<br><br>Date: 11/27/12<br>Time: 10:00 a.m.<br>Place: 15th Floor<br><br>**Magistrate Judge Maria-Elena James** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, that defendant MYRNA GLICK, Ph.D., may be excused from personally attending the settlement conference currently set for November 27, 2012, at 10:00 a.m., in the chambers of Magistrate Judge Maria-

4834-6921-2433.1 CV11-04219 EDL

1 | Elena James of the United States District Court located at 450 Golden Gate Avenue,
2 | 15th Floor, San Francisco, California, and may appear by telephone due to her ill
3 | health.

4 | DATED: October 31, 2012          LACKIE DAMMEIER & McGILL, APC

By: _____
Russell M. Perry
Attorneys for Plaintiffs, CHRISTOPHER
CRAIG, ABRAHAM AGUAYO, JAIME
ANDRADE

11 | DATED: October 31, 2012          LAW OFFICES OF VINCENT P. HURLEY

By: _____
Vincent P. Hurley
Raymond Thomas
Attorneys for Defendants, CITY OF KING
CITY, MICHAEL POWERS, MARK
BAKER, JERRY HUNTER and NICK
BALDIVIEZ

19 | DATED: October 31, 2012          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Judith M. Tishkoff
Attorneys for Defendant, MYRNA
GLICK, Ph.D.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4894-0921-2433.1                                                                 2                                                    CV11-04219 EDL
STIPULATION TO PERMIT MYRNA GLICK, Ph.D. TO BE EXCUSED FROM THE NOVEMBER 27, 2012
SETTLEMENT CONFERENCE

Elena James of the United States District Court located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California, and may appear by telephone due to her ill health.

DATED: October 31, 2012        LACKIE DAMMEIER & McGILL, APC

By: _____
Russell M. Perry
Attorneys for Plaintiffs, CHRISTOPHER CRAIG, ABRAHAM AGUAYO, JAIME ANDRADE

DATED: October 31, 2012        LAW OFFICES OF VINCENT P. HURLEY

By:    /s/ Raymond Thomas
Vincent P. Hurley
Raymond Thomas
Attorneys for Defendants, CITY OF KING CITY, MICHAEL POWERS, MARK BAKER, JERRY HUNTER and NICK BALDIVIEZ

DATED: October 31, 2012        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Judith M. Tishkoff
Attorneys for Defendant, MYRNA GLICK, Ph.D.

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: November 6, 2012

Maria-Elena James
Magistrate Judge

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW