1  Vincent P. Hurley #111215
   Raymond A. Thomas #271425
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone:  (831) 661-4800
   Facsimile:  (831) 661-4804
5
6  Attorneys for Defendants
   CITY OF KING CITY, NICK BALDIVIEZ, MICHAEL POWERS,
7  MARK BAKER, and JERRY HUNTER

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  CHRISTOPHER CRAIG, ABRAHAM          )   Case No. CV11-04219 EDL
    AGUAYO, and JAIME ANDRADE,          )
13                                      )   ~~PROPOSED~~ ORDER GRANTING
                                        )   DEFENDANTS' MOTION TO
14            Plaintiffs,               )   EXCUSE DEFENDANTS NICK
                                        )   BALDIVIEZ, MARK BAKER, AND
15       vs.                            )   JERRY HUNTER FROM THE
                                        )   NOVEMBER 27, 2012 SETTLEMENT
16  CITY OF KING CITY, a municipal      )   CONFERENCE
    corporation; NICK BALDIVIEZ,        )
17  individually and as Chief of Police for )   Settlement Conference:
    the King City Police Department;    )   Date:  November 27, 2012
18  MICHAEL POWERS, individually and    )   Time: 10:00
    as City Manager for the King City;  )   Location:  Chambers of Magistrate Judge
19  MARK BAKER, individually and as     )   Maria-Elena James
    Sergeant for the King City Police   )
20  Department; JERRY HUNTER,           )
    individually and as "acting" Sergeant for )
21  the King City Police Department;    )
    MYRNA GLICK, individually, and as an )
22  agent for King City; THE STEWART,   )
    LLC, dba Aaron's Sales and Lease; and )
23  DOES 1-10, inclusive.               )
                                        )
24            Defendants.               )
                                        )

25

26       Defendants' motion for administrative relief to excuse NICK BALDIVIEZ, MARK

27  BAKER, and JERRY HUNTER from the November 27, 2012 settlement conference came on

28  before the Court.  Finding good cause to excuse Defendants Baldiviez, Baker, and Hunter from

                                      1

attending, the Court grants Defendants' motion for administrative relief thereby excusing said Defendants from appearing at the November 27, 2012 settlement conference.


Dated:  November 8, 2012


_____
MARIA-ELENA JAMES
Chief United States Magistrate Judge

[Proposed] Order Granting Admin Relief                                      Case No. CV11-04219 EDL