# UNITED STATES DISTRICT COURT OF CALIFORNIA

# NORTHERN DISTRICT

| | |
|---|---|
| CHRISTOPHER CRAIG, ABRAHAM AGUAYO, and JAIME ANDRADE,<br><br>Plaintiff,<br>vs.<br><br>CITY OF KING CITY, a municipal corporation; NICK BALDIVIEZ, individually and as Chief of Police for the King City Police Department; MICHAEL POWERS, individually and as City Manager for the King City; MARK BAKER, individually and as Sergeant for the King City Police Department; JERRY HUNTER, individually and as "acting" Sergeant for the King City Police Department; MYRNA GLICK, individually and as an agent for King City; THE STEWART, LLC, dba Aaron's Sales and Lease; and DOES 1 THROUGH 10 INCLUSIVE,<br>Defendants. | Case No.: C11-04219 EDL<br><br>Honorable Elizabeth D. Laporte<br>U.S. Magistrate Judge<br><br>[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE/EXCHANGE PRETRIAL DOCUMENTS<br>**AS MODIFIED** |

(Lackie, Dammeier & McGill, A Professional Corporation)

[~~PROPOSED~~] ORDER - **MODIFIED**

GOOD CAUSE appearing the Stipulation to extend the deadline to comply with the Court's Pretrial Order 4.c. (1)-(4) is extended from November 28, 2012 to December 4, 2012, ~~or in the alternative,~~ The pretrial conference shall be rescheduled to

Date: January 8, 2013   Time: 2:00 p.m.

IT IS SO ORDERED.

Dated: November 21, 2012         By: *Elizabeth D. Laporte*
                                     Honorable Elizabeth D. Laporte
                                     U.S. Magistrate Judge