IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CRAIG, et al., | No. C -11-04219 EDL |
| Plaintiffs, | **ORDER REGARDING BRIEFING SCHEDULE** |
| v. | |
| CITY OF KING CITY, et al., | |
| Defendants. | |

The deadline to comply with the Court's Pretrial Order 4.c.(1)-(6) is extended to December 26, 2012. The deadline to comply with the Court's Pretrial Order 4.d is extended to January 2, 2013 at 9:00 a.m. The pretrial conference remains scheduled for January 8, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 27, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge