Vincent P. Hurley #111215
J. Omar Rodriguez #252886
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone:  (831) 661-4800
Facsimile:  (831) 661-4804

Attorneys for Defendants
CITY OF KING CITY, NICK BALDIVIEZ, MICHAEL POWERS, MARK BAKER, and JERRY HUNTER

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER CRAIG, ABRAHAM AGUAYO, and JAIME ANDRADE,<br><br>           Plaintiffs,<br><br>vs.<br><br>CITY OF KING CITY, a municipal corporation; NICK BALDIVIEZ, individually and as Chief of Police for the King City Police Department; MICHAEL POWERS, individually and as City Manager for the King City; MARK BAKER, individually and as Sergeant for the King City Police Department; JERRY HUNTER, individually and as "acting" Sergeant for the King City Police Department; MYRNA GLICK, individually, and as an agent for King City; THE STEWART, LLC, dba Aaron's Sales and Lease; and DOES 1-10, inclusive.<br><br>           Defendants. | Case No.  CV11-04219 EDL<br><br>APPLICATION FOR ORDER TO BRING AUDIO-VISUAL EQUIPMENT INTO THE COURT BUILDING<br><br>Pretrial Conference:  January 8, 2013, 2:00 p.m.<br><br>Trial:  January 22, 2013, 8:30 a.m.<br><br>Honorable Magistrate Judge Laporte<br>Courtroom E, 15th Floor |

Plaintiffs, by their attorney, Russell Perry, and Defendants, by their attorney, Vincent Hurley, jointly request to bring in an ELMO overhead projector, projection screen, and related power cords to be used during trial.

Dated: January 11, 2013

                        LAW OFFICES OF VINCENT P. HURLEY
                        A Professional Corporation

                        By: _____/s/ Vincent P. Hurley_____
                                  VINCENT P. HURLEY
                        Attorneys for Defendants CITY OF KING CITY, NICK BALDIVIEZ, MICHAEL POWERS, MARK BAKER, and JERRY HUNTER

Dated: January 11, 2013

                        LACKIE DAMMEIER & MCGILL, LLP

                        By: _____/s/ Russell M. Perry_____
                                  RUSSEL M. PERRY

                        Attorneys for Plaintiffs CHRISTOPHER CRAIG, ABRAHAM AGUAYO and JAIME ANDRADE