Russell M. Perry, SBN 246252
russell@policeattorney.com
**LACKIE DAMMEIER MCGILL & ETHIR, APC**
367 North Second Avenue
Upland, CA 91786
Telephone: (909) 985-4003
Facsimile: (909) 985-3299

Attorney for Plaintiffs,
CHRISTOPHER CRAIG,
ABRAHAM AGUAYO and
JAIME ANDRADE

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT –SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER CRAIG, ABRAHAM AGUAYO and JAIME ANDRADE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KING CITY, a municipal corporation; NICK BALDIVIEZ, individually and as Chief of Police for the King City Police Department; MICHAEL POWERS, individually and as City Manager for the King City; MARK BAKER, individually and as Sergeant for the King City Police Department; JERRY HUNTER, individually and as "acting" agent for King City Police Department; MYRNA GLICK, individually and as an agent for King City; THE STEWART, LLC, dba Aaron's Sales and Lease; and DOES 1 THROUGHT 10 INCLUSIVE,<br><br>Defendants. | Case No.: CV11-04219 EDL<br><br>**STIPULATION OF DISMISSAL**<br><br>[FRCP Rule 41(a)(1)(A)(ii)]<br><br>[Proposed Order filed concurrently herewith] |

    Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the following Stipulation for Dismissal is entered into between Plaintiffs CHRISTOPHER CRAIG, ABRAHAM AGUAYO, and JAIME ANDRADE ("Plaintiffs") and Defendants CITY OF KING CITY, NICK BALDIVIEZ,

STIPULATION OF DISMISSAL

1

MICHAEL POWERS, JERRY HUNTER, and MARK BAKER (collectively "Defendants"):

1. WHEREAS, Plaintiffs filed a Complaint against Defendants on or about May 23, 2011, in the United States District Court, Central District of California, captioned *Christopher Craig v. City of King City*, et al., Case No. CV11-04399 GHK (AGRx);

2. WHEREAS, the matter was transferred to the United States District Court, Northern District of California on or about August 22, 2011, Case No. CV11-04219 EDL.

3. WHEREAS, Plaintiff CRAIG and Defendant GLICK have reached an agreement to settle this matter in its entirety; the dismissal as to those parties will be filed in a separate document.

4. WHEREAS, the Plaintiffs CRAIG, AGUAYO, ANDRADE and Defendants CITY OF KING CITY, BALDIVIEZ, POWERS, HUNTER, and BAKER have reached an agreement to settle this matter in its entirety.

NOW THEREFORE, the Parties, by and through their counsel of record, hereby stipulate and apply for the following relief:

1. This action, as to Defendants CITY OF KING CITY, BALDIVIEZ, POWERS, HUNTER, and BAKER, is hereby dismissed in its entirety *with prejudice* pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii);

2. Each Party shall bear their own attorneys' fees and costs (including the attorney fees and costs associated with California Superior Court Case No: M116593), except as otherwise provided in the Settlement Agreement.

3. This dismissal shall not be construed by any party, entity or individual as evidence of wrongdoing; and,

4. The Court shall retain jurisdiction to enforce the terms of the parties' written Settlement Agreement and General Release for a period of one (1) year from the date the dismissal is entered in this action.

IT IS SO STIPULATED.

Dated: January 28, 2013           LACKIE DAMMEIER MCGILL & ETHIR, APC

By: _____
Russell M. Perry
Attorney for Plaintiffs
CRAIG, AGUAYO and
ANDRADE

Dated: January 28, 2013           LAW OFFICES OF VINCENT P. HURLEY, APC

By: _____
Vincent P. Hurley
Attorney for Defendants CITY OF
KING CITY, BALDIVIEZ,
POWERS, HUNTER, and BAKER